UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARTA HANYZKIEWICZ, on behalf of herself and all others similarly situated

Civil Action No:
1:22-cv-2022

Plaintiff,

-v.-

AMERICA'S FOOD BASKET, INC.,

Defendants.

------------------------------------------------------------

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Marta Hanyzkiewicz and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 21, 2022

| For Plaintiff Marta Hanyzkiewicz | For Defendant America's Food Basket |
|---|---|
| *s/Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | *s/Gregory Michael Capone*<br>Gregory Michael Capone<br>Kidonakis & Corona, PLLC<br>136 Lenox ave<br>New York, NY 10026<br>Ph: (646) 389-3925<br>Greg.capone@kandcpllc.com |

## CERTIFICATE OF SERVICE

  I certify that on December 21, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

             */s/ Mark Rozenberg*
             Mark Rozenberg
             **Stein Saks, PLLC**
             *Attorneys for Plaintiff*